IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

OSCAR WOODS, JR.                                                        PLAINTIFF

v.                              CASE NO. 3:08-CV-00185 BSM

RYERSON                                                                  DEFENDANT

## ORDER

Pending is plaintiff's motion to proceed *in forma pauperis* [Doc. # 1]. Plaintiff states that he is employed and earns $ 400 per week. He also states that he supports three dependents. Absent from the application, however, are the name and address of plaintiff's employer and how much he contributes to support each dependent. Without this information, plaintiff's application to proceed *in forma pauperis* is incomplete. Plaintiff is hereby directed to file a supplemental application addressing this deficiency within twenty days of the date of this order. Failure to comply with this order will result in the dismissal of plaintiff's complaint.

IT IS SO ORDERED this 20th day of November, 2008.

UNITED STATES DISTRICT JUDGE