IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

OSCAR WOODS, JR.                                                                                    PLAINTIFF

v.                                      CASE NO. 3:08-CV-00185 BSM

RYERSON                                                                                              DEFENDANT

### ORDER

On November 20, 2008, an order was entered directing plaintiff to file a supplemental application to proceed *in forma pauperis* [Doc. # 3 ]. Plaintiff was ordered to address certain deficiencies within twenty days. He was informed that his failure to comply with the order would result in the dismissal of his complaint. The time for filing a supplemental application has passed and plaintiff has not filed a supplemental application to proceed *in forma pauperis*. Plaintiff's motion to proceed *in forma pauperis* [Doc. # 1] is hereby denied and his complaint is dismissed without prejudice.

IT IS SO ORDERED this 23rd day of December, 2008.


_____
UNITED STATES DISTRICT JUDGE